311 F.2d 221
 BROOKLYN WATERFRONT TERMINAL CORP., Plaintiff-Appellee,
v.
INTERNATIONAL TERMINAL OPERATING CO., Inc. and Fireman's
Fund Insurance Company, Defendants-Appellants.
 No. 84, Docket 27564.
 United States Court of Appeals Second Circuit.
 Argued Nov. 1, 1962.
Decided Nov. 19, 1962.
 
 John L. Quinlan, of Bigham, Englar, Jones & Houston, New York City (Robert J. De Boissiere, New York City, on the brief), for defendants-appellants.
 Charles W. Hagen, of Hagen, Johnson & Markey, New York City (Thomas O. Markey, of Hagen, Johnson & Markey, New York City, on the brief), for plaintiff-appellee.
 Before CLARK, FRIENDLY and MARSHALL, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the findings and opinion of District Judge Weinfeld. 211 F.Supp. 702.